**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| APPEAL OF:  CHESTER COUNTY OUTDOOR, LLC, FROM THE DECISION OF THE EAST PIKELAND TOWNSHIP ZONING HEARING BOARD DATED MARCH 23, 2016 | : : : : : : : : | No. 588 MAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF:  EAST PIKELAND TOWNSHIP | : : : : : : | |

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 23rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.